

# Fourth Court of Appeals
## San Antonio, Texas

June 23, 2014

No. 04-14-00448-CV

**IN RE D&J ALEXANDER MANAGEMENT, LP**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Justice
Marialyn Barnard, Justice
Luz Elena D. Chapa, Justice

On June 23, 2014, relator D&J Alexander Management, LP filed a petition for writ of mandamus and a motion for emergency stay and temporary relief. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition for writ of mandamus in this court no later than June 30, 2014.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for emergency and temporary relief is GRANTED IN PART. The following trial court orders are temporarily stayed pending final resolution of the petition for writ of mandamus filed in this court: (1) the May 30, 2014 Order Approving Interim Attorney Ad-Litem Fees requiring D&J Alexander Management, LP to pay attorney ad litem fees of Julio A. Garcia Jr.; (2) the May 30, 2014 Order Granting Kazen, Meurer & Perez, LLP Amended Authenticated Claim and Amended Motion for Payment of Temporary Attorney Ad Litem Fees requiring D&J Alexander Management, LP to pay attorney ad litem fees of J. Francisco Tamez; and (3) the May 30, 2014 Order Approving Interim Guardian Ad-Litem Fees, but only to the extent that it requires D&J Alexander Management, LP to pay guardian ad litem fees of Jose Salvador Tellez. In addition, the May 30, 2014 Order Granting Temporary Attorney and Guardian Ad Litem Fees and the June 4, 2014 Amended Order Granting Rocio Guerra's Application for Temporary Injunction are temporarily stayed pending final resolution of the petition for writ of mandamus only to the extent that they require D&J Alexander Management, LP to pay initial ad litem fees of any attorney or guardian ad litem appointed in the underlying adversary proceeding by June 25, 2014.

---

[1] This proceeding arises out of Cause No. 2008-PB7-000016-L2, styled *Estate of Delfina E. Alexander, Deceased; and Rocio G. Guerra v. Judith Zaffirini, David H. Arredondo, and Clarissa N. Chapa, Individually, and as Independent Co-Executors of the Estate of Delfina E. Alexander, Deceased, and as Co-Trustees of the Rocio Gonzalez Guerra Exempt Trust*, pending in the County Court at Law No. 2, Webb County, Texas, the Honorable Jesus Garza presiding.

It is so **ORDERED** on June 23rd, 2014.

PER CURIAM

ATTESTED TO:

Keith E. Hottle
Clerk of Court